Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

*Attorneys for Plaintiff, Inn Foods, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| INN FOODS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T. P. SEAFOOD & MEAT COMPANY, INC., a California corporation doing business as T. P. CO., INC., and HENRY YIP, an individual,<br><br>Defendants. | CASE NO: 4:19-cv-01067-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

In accordance with provisions of FRCP 41, Plaintiff Inn Foods, Inc. dismisses its claims against Defendants without prejudice. Each party bears responsibility for its own attorneys' fees and costs.

Respectfully submitted on March 22, 2019.

**MEUERS LAW FIRM, P.L.**

By: /s/ Lawrence H. Meuers
    Lawrence H. Meuers (SBN 197663)

*Attorneys for Plaintiff, Inn Foods, Inc.*



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
3/27/2019